IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID M.  KRAUSE | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| | : | |
| | : | |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA, et al., | : | NO.   12-3761 |
| Respondents. | : | |

## ORDER

**MICHAEL M. BAYLSON, J.**

AND NOW, this ⟨22nd⟩ day of ⟨May⟩, 2013, upon careful and independent

consideration of the petition for Writ of *Habeas Corpus*, and after review of the Report and

Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

v.    The Report and Recommendation is APPROVED and ADOPTED.

vi.    The petition for Writ of *Habeas Corpus* is DISMISSED with prejudice.

vii.    There is no probable cause to issue a certificate of appealability.

viii.    The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
MICHAEL M. BAYLSON, J.